

Peter J. Fazio
(212) 593-5458
pjfazio@arfdlaw.com

May 6, 2020

**VIA ECF FILING**
Honorable Judge Lawrence E. Kahn
US District Court
Northern District of New York
James T. Foley Courthouse
445 Broadway, Room 424
Albany, NY 12207

      **Re:**    Kommer v. Ford Motor Company,
              **1:17-CV-00296 (LEK)(DJS)**
              Status Report

Dear Judge Kahn:

      Our firm represents the Defendant, Ford Motor Company, in the above captioned class action. Pursuant to the Court's May 4, 2020 Text Order [Dkt. #59], the Parties are providing this Joint Status Report.

      The Parties are preparing to implement the matters addressed in the Court's May 4, 2020 Preliminary Approval Order.

      Should the Parties encounter any issues due to the COVID19 pandemic that could impact their ability to comply with the deadlines therein, the Parties will jointly advise the Court of same no later than thirty days before any affected deadline.

Thank you for Your Honor's consideration of the same.

Respectfully submitted,

_PETER J. FAZIO /s/_____
Peter J. Fazio (PJF1211)

  CC:    **VIA ECF**
           DENLEA & CARTON LLP
           2 Westchester Park Drive, Suite 410
           White Plains, New York 10604
           Attention: Jeffrey Carton, Esq.