| Brandon Kommer | VS | Ford Motor Company |
|---|---|---|

## PROCEEDING:   FAIRNESS HEARING.

Jury Trial Date: **/**/**
Pending Motion:   Attorney Fees

*DATE:* 12/02/20

## CASE NUMBER: 1:17-CV-0296 (LEK / DJS) COURT REPORTER:   Lisa Tennyson

Cause: 28:1332 Diversity-Fraud

| ATTORNEY | FIRM | PHONE NUMBER | PARTY |
|---|---|---|---|
| Jeffrey I. Carton | Denlea & Carton LLP (White Plains) | 914-331-0100 | Plaintiff |
| Robert J. Berg | Denlea & Carton LLP (White Plains) | 914-331-0100 | Plaintiff |
| Peter J. Fazio | Aaronson, Rappaport Law (Manhattan) | 212-593-5458 | Defendant |

**Notes:**

BEGINNING TIME:     10:30 A.M.        END TIME:      10:52 A.M.

**CONFERENCE MINUTES:**

APPEARANCES: via SKYPE  All of the above & CRD S. Snyder. Attorney J. Carton presents a prepared statement into the record - outlining the settlement process & history of the case, complimenting his advisory and stating that there have been no objections by any class member to this proposed settlement.  Attorney P. Fazio briefly responds to Attorney Carton's statement. There are approximately 3.3 million class members. Judge Kahn presents questions. Mr. Carton will send to Mr. Snyder an order which addressed both the settlement & fee motion. Judge Kahn presents that he will review & sign off on.